IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| **MYISHA WEATHERSPOON**,<br><br>Plaintiff<br><br>vs.<br><br>**B&B GLADSTONE LLC** d/b/a **RNR TIRE EXPRESS**,<br><br>Defendant. | Case Number: 23-CV-02482<br><br>JURY TRIAL DEMAND |

## PLAINTIFF'S REQUEST FOR DESIGNATION OF PLACE OF TRIAL

Plaintiff Myisha Weatherspoon, pursuant to the United States District Court for the District of Kansas Rule 40.2, hereby requests that the trial in the above-captioned matter be held in the United States District Court for the District of Kansas in Kansas City, Kansas.

*Respectfully submitted*,

By: /s/ A.J. Stecklein
A.J. Stecklein              KS#16330
Matthew S. Robertson    KS#27254
STECKLEIN LAW OFFICE, CHTD
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
            MSR@KCconsumerlawyer.com
**Attorneys for Plaintiff**

## CERTIFICATE OF FILING

I hereby certify that the foregoing document was filed electronically with the United States District Court for the District of Kansas on November 1, 2023, which will automatically generate notice of filing to all counsel of record.

 /s/ A.J. Stecklein
Attorney for Plaintiff