## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY

**MYISHA WEATHERSPOON**,

                Plaintiff

vs.

**B&B GLADSTONE LLC** d/b/a **RNR TIRE EXPRESS**,

                Defendant.

Case Number: 23-CV-02482 DDC/BGS

### RETURN OF SERVICE

I hereby certify that a Summons in a Civil Case; Civil Court Cover Sheet; Notice of Electronic Filing; and Complaint, were served on the 2nd day of November 2023, in the above-captioned matter by personal service upon Defendant B&B Gladstone LLC d/b/a RNR Tire Express. Personal service was made upon Billy Cooper, manager, at B&B Gladstone LLC d/b/a RNR Tire Express, 5828 North Oak Trafficway, Gladstone, Missouri 64118.

The server's Affidavit of Service is attached hereto as Exhibit A.

*Respectfully submitted*,

By: /s/ A.J. Stecklein
A.J. Stecklein          KS#16330
Matthew S. Robertson    KS#27254
STECKLEIN LAW OFFICE, CHTD
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
       MSR@KCconsumerlawyer.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF FILING**

      I hereby certify that the foregoing document was filed electronically with the Clerk of the Court on November 15, 2023, which will automatically generate notice of filing to all counsel of record.

      /s/ A.J. Stecklein  
      Attorney for Plaintiff