# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of Kansas

Case Number: 23-CV-02482

Plaintiff/Petitioner:
**MYISHA WEATHERSPOON**

vs.

Defendant/Respondent:
**B & B GLADSTONE LLC**

Received by HPS Process Service & Investigations to be served on **B & B Gladstone LLC, d/b/a RNR Tire Express, c/o Jason Barton, Registered Agent, 5828 North Oak Trafficway, Gladstone, MO 64118.**

I, NATHANIEL SCOTT, do hereby affirm that on the **2nd day of November, 2023** at **2:52 pm**, I:

Served the within named establishment by delivering a true copy of **Summons in a Civil Case; Civil Cover Sheet; Notice of Electronic Filing; and Complaint** to Billy Cooper, Manager at the address of **5828 North Oak Trafficway, Gladstone, MO 64118.**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

*[signature]* P.P.S.

**NATHANIEL SCOTT**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2023018830

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Myisha Weatherspoon | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-CV-02482 |
| B &B Gladstone LLC | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  B & B Gladstone LLC d/b/a RNR Tire Express
Registered Agent: Jason Barton
5828 N. Oak Trafficway
Gladstone, Missouri 64118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A.J. Stecklein; Matthew S. Robertson
Stecklein Law Office
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Emails: aj@kcconsumerlawyer.com; msr@kcconsumerlawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    11/01/2023

/s/ J. Hokanson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-02482

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* B&B Gladstone, LLC. DIBIA: RNR Tire Express
was received by me on *(date)* Nov. 2nd 2023 . c/o-RIA: Jason Barton

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Billy Cooper as Manager , who is
designated by law to accept service of process on behalf of *(name of organization)* B&B Gladstone, LLC
on *(date)* 11/2/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/2/2023

NFJH P.PS.
*Server's signature*

Nathaniel Scott, Private Process Server
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: